No. 92–5377. WASHINGTON *v.* ILLINOIS PRISONER REVIEW BOARD. C. A. 7th Cir. Certiorari denied.

No. 92–5378. WILEY *v.* CORRECTIONS CABINET OF KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5379. COBB *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5380. BURROWS *v.* KAISER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–5381. SLATON *v.* CITY OF EVANSVILLE ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5382. SPIVEY *v.* BRICE-WELLINGTON. Cir. Ct. Prince William County, Va. Certiorari denied.

No. 92–5383. BURNS *v.* SOUTHERLAND, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–5386. CLOVIS *v.* SYRACUSE NEWSPAPERS ET AL. Ct. App. N. Y. Certiorari denied.

No. 92–5388. WILLIAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5389. WHITTLESEY *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 92–5393. HUNTER *v.* NEWSOME ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–5394. GRAF *v.* WAUSHARA COUNTY, WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 92–5396. BROWN *v.* PARKER ELECTRONICS. C. A. 11th Cir. Certiorari denied.

No. 92–5397. NWOKEOCHA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.